**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STEPHEN WHITE, ET AL. | § § | |
| v. | § § § | Case No. 2:07-CV-522-RSP |
| PILGRIM'S PRIDE CORPORATION | § § | |

**ORDER**

In accordance with the conference held in Chambers at the close of the evidence taken on August 7, 2012, in the matter of "Shelia Adams, et al. v. Pilgrim's Pride Corporation" Civil Action No. 2:09-cv-397-RSP ("Adams case"), which was attended by all counsel in this case, the Court understands that each of the plaintiffs in the captioned case are also plaintiffs in the Adams case. The Court further understands that the claims of all of the plaintiffs in this case have been superseded by the various complaints filed in the Adams case. Accordingly, for the reasons assigned in the conference, and without objection by any party,

IT IS ORDERED that this action be CONSOLIDATED with the Adams case and the claims of all plaintiffs herein will be deemed superseded by the claims asserted in the Adams case but shall relate back to the date of filing herein. The Clerk is directed to CLOSE this case.

SIGNED this 15th day of August, 2012.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE